# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Isicoff, Laurel M. | S.D.Florida - Bankruptcy | 06/14/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

51 S.W. First Avenue
Room 1411
Miami, Florida 33130

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director, Secretary | The Joseph Samuel Isicoff Memorial Fund, Inc. |
| 2. | Advisory Board Member | Center for Ethics and Public Service, University of Miami School of Law |
| 3. | Board Member | American College of Bankruptcy Foundation |
| 4. | Chair | Public Outreach Committee, National Conference of Bankruptcy Judges |
| 5. | Judicial Director | University of Miami Law Alumni Association |
| 6. | Judicial Co-Chair | The Florida Bar Business Law Section Pro Bono Committee |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isicoff, Laurel M. | 06/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | ABC/Svinga Bros. Corp. - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 2/2/2012 - 2/5/2012 | San Juan, P.R. | Annual Caribbean Insolvency conference - panelist | travel, food and lodging |
| 2. | American College of Bankruptcy | 3/15/2012 - 3/18/2012 | Washington, D.C. | Annual Meeting and installation | travel and lodging |
| 3. | American Bankruptcy Institute | 4/18/2012 - 4/21/2012 | Washington, D.C. | Annual Meeting - speaker | travel and lodging |
| 4. | Bankruptcy Bar Association of the Southern District of Florida | 5/10/2012 - 5/13/2012 | Marco Island, Florida | Annual Educational Retreat | lodging and food and seminar fee |

| Name of Person Reporting | Date of Report |
|---|---|
| Isicoff, Laurel M. | 06/14/2013 |

| | | | | |
|---|---|---|---|---|
| 5. | American Bankruptcy Institute | 7/25/2012 - 7/28/2012 | Amelia Island, Florida | Annual Southeastern Bankruptcy conference - panelist | travel, food and lodging |
| 6. | The Florida Bar - Business Law Section | 8/31/2012 - 9/1/2012 | Naples, Florida | Annual Meeting of Executive Counsel - committee co-chair | travel, lodging and food |
| 7. | National Association of Bankruptcy Trustees | 9/5/2012 - 9/9/2012 | Colorado Springs, Colorado | Annual Conference - speaker | travel, lodging and food |
| 8. | American Bankruptcy Institute | 10/4/2012 - 10/07/2012 | Washington, D.C. | Georgetown Law School - View From the Bench, speaker | travel, lodging and food |
| 9. | American Bankruptcy Institute | 12/3/2012 - 12/3/2012 | New York, New York | ABI Commission on Chapter 11 Reform - subcommittee meeting | travel (partial) and food |
| 10. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isicoff, Laurel M. | 06/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Columbia University | Tuition | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isicoff, Laurel M. | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions Bank Accounts | A | Interest | L | T | | | | | |
| 2. ABC/Svinga Bros. Corp. common stock | | None | P1 | W | | | | | |
| 3. Ocala Property LLC | | None | M | W | | | | | |
| 4. Brokerage Account #1 | | | | | | | | | |
| 5. - JNJ common stock | A | Dividend | J | T | | | | | |
| 6. | | | | | | | | | |
| 7. -Western Asset Municipal Money Market Fund Class A | A | Interest | M | T | | | | | |
| 8. | | | | | | | | | |
| 9. -I Shares TR MSCI Index Fund | B | Dividend | K | T | | | | | |
| 10. -I Shares Russell Index Fund #1 | A | Dividend | J | T | | | | | |
| 11. -I Shares Russell Index Fund #3 | A | Dividend | K | T | | | | | |
| 12. -I Shares Russell Index Fund #4 | A | Dividend | K | T | | | | | |
| 13. -I Shares Russell Index Fund #5 | A | Dividend | J | T | | | | | |
| 14. -I Shares Russell Index Fund #6 | A | Dividend | J | T | | | | | |
| 15. | | | | | | | | | |
| 16. Brokerage Account #3 | | | | | | | | | |
| 17. - Davis Gov't Money Mkt Class B | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isicoff, Laurel M. | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. Invesco Cash Reserves | A | Dividend | J | T | | | | | |
| 20. - Citibank Account #3 | A | Interest | K | T | | | | | |
| 21. - Citibank Acct. #6 (y) | | | | | | | | | |
| 22. Bank of America Acct. #1 (y) | | | | | | | | | |
| 23. Bank of America Acct. #2 (y) | | | | | | | | | |
| 24. | | | | | | | | | |
| 25. Citibank IRA #1 | A | Interest | J | T | | | | | |
| 26. Citibank IRA #2 | A | Interest | K | T | | | | | |
| 27. | | | | | | | | | |
| 28. Trust #1 (y) | | | | | | | | | |
| 29. - Northern Trust Bank Account (y) | | | | | | | | | |
| 30. | | | | | | | | | |
| 31. Citibank Acct. #4 | | None | J | T | | | | | |
| 32. | | | | | | | | | |
| 33. Citibank Acct. #5 | A | Interest | J | T | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isicoff, Laurel M. | 06/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Isicoff, Laurel M. | 06/14/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Laurel M. Isicoff**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544